### 40665. MOSELEY v. CLERK, SUPERIOR COURT OF CANDLER COUNTY.

Judgment affirmed without opinion pursuant to Rule 59 (Code Ann. § 24-4559) of this court.

*All the Justices concur, except Hill, C. J., who concurs specially.*

DECIDED FEBRUARY 9, 1984.

Frank Moseley, *pro se.*
*Richard A. Malone, District Attorney,* for appellee.

HILL, Chief Justice, concurring specially.

A petitioner, who has not already received a transcript, should follow the procedures set out in *Mydell v. Clerk,* 241 Ga. 24 (243 SE2d 72) (1978), to obtain one.